# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL GREENE, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a<br>New York Corporation, et al.,<br><br>　　　　　Defendant. | 2:09-CR-02246-PMP-LRL<br><br>**ORDER** |

　　　　On June 1, 2010, Defendant Federal National Mortgage Association ("Fannie Mae") filed a Motion to Dismiss Plaintiff's Complaint (Doc. #42). In that motion, Defendant Fannie Mae noted that Plaintiff's Complaint does not contain a single allegation specific to Fannie Mae concerning any purportedly wrong activity in connection with Plaintiff's mortgage.

　　　　On June 28, 2010, Plaintiff filed a Response in Opposition to Defendant Fannie Mae's motion to dismiss (Doc. #52) and on July 8, 2010, Defendant Fannie Mae filed a Reply Memorandum (Doc. #57).

　　　　The Court having read and considered the foregoing and finding that Defendant Fannie Mae is correct in its argument that Plaintiff has failed to allege conduct in its Complaint by Fannie Mae giving rise to a cognizable claim, and further finding that this Court no longer has jurisdiction over Plaintiff's Fifth Cause of Action as a result of the Transfer Order entered by the Judicial Panel of Multiple

District Litigation on December 7, 2009, and good cause appearing,

**IT IS ORDERED that** Defendant Federal National Mortgage Association's ("Fannie Mae") Motion to Dismiss Plaintiff's Complaint (Doc. #42) is **GRANTED** and that the Clerk of Court shall enter judgment in favor of Defendant Fannie Mae and against Plaintiff Michael Greene.

DATED: July 26, 2010.

_____
PHILIP M. PRO
United States District Judge