**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MICHAEL GREENE, an individual, | 2:09-CR-02246-PMP-LRL |
| Plaintiff, | |
| vs. | **ORDER** |
| COUNTRYWIDE HOME LOANS, INC., a New York Corporation, et al., | |
| Defendants. | |

      On June 1, 2010, Defendants' Countrywide Home Loans Inc., ReconTrust Company, N.A., ReconTrust Company, BAC Home Loans, Merscorp., Inc., and Mortgage Electronic Registration Systems, Inc., filed a Motion to Dismiss Plaintiff's Complaint (Doc. #43).  Defendants' motion specifically addresses each of the claims for relief set forth in Plaintiff's Complaint against said Defendants which the Court finds Plaintiff has failed to adequately address in his Opposition (Doc. #55) filed June 28, 2010.  As a result, the Court finds that for the reasons set forth in Defendants' motion to dismiss (Doc. #43) and Reply Memorandum (Doc. #58), Defendants' Motion to Dismiss must be GRANTED.

      **IT IS SO ORDERED**.

///

///

**IT IS FURTHER ORDERED that** the Clerk of Court shall enter judgment in favor of Defendants Countrywide Home Loans Inc., ReconTrust Company, N.A., ReconTrust Company, BAC Home Loans, Merscorp., Inc., and Mortgage Electronic Registration Systems, Inc., and against Plaintiff Michael Greene.

DATED:  July 26, 2010.

_____
PHILIP M. PRO
United States District Judge