1

2

3
### UNITED STATES DISTRICT COURT

4
### DISTRICT OF NEVADA

5
\* \* \*

| | |
|---|---|
| 6 MICHAEL GREENE, an individual, ) | 2:09-CV-02246-PMP-LRL |
| 7 Plaintiff, ) | |
| 8 vs. ) | |
| 9 COUNTRYWIDE HOME LOANS, INC., a ) New York Corporation, et al., ) | **ORDER** |
| 10 ) | |
| 11 Defendants. ) | |
| 12 ) | |

13    The Court having read and considered Plaintiff's Motion to Set Aside

14  Dismissal (Doc. #63), filed on August 24, 2010, and the Responses in Oppositions

15  filed thereto on behalf of Defendants Countrywide Home Loans, Inc., ReconTrust

16  Company, N.A., ReconTrust Company, BAC Home Loans, Merscorp, Inc., and

17  Mortgage Electronic Registration Systems, Inc., (Doc. #64), Defendant Federal

18  National Mortgage Association (Doc. #65), and Plaintiff's Reply Memorandum

19  (Doc. #66), and good cause appearing,

20    **IT IS ORDERED that** Plaintiff Michael Greene's Motion to Set Aside

21  Dismissal (Doc. #63) is **DENIED**.

22

23  DATED:  September 16, 2010.

24

25  _____
    PHILIP M. PRO

26  United States District Judge