J. Christopher Jorgensen (SBN 5382)
E-mail: cjorgensen@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Defendants Countrywide Home Loans
Inc., ReconTrust Company, N.A., ReconTrust Company,
BAC Home Loans, Merscorp, Inc., and Mortgage
Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GREENE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a District of Columbia corporation; MERSCORP, INC., a Virginia corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, INC., a Delaware corporation; RECONTRUST COMPANY, N.A.; RECONTRUST COMPANY, a Nevada corporation; BAC HOME LOANS, Bankruptcy Risk Litigation Management Division; et al.,<br><br>Defendants. | Case: 2:09-cv-02246-PMP-LRL<br><br>**ORDER CANCELING LIS PENDENS** |

Defendants Countrywide Home Loans, Inc., MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc., ReconTrust Company, N.A., ReconTrust Company and BAC Home Loans (Defendants") filed a Motion for Order Canceling Lis Pendens on October 11, 2014 (Dkt. #68). Plaintiff Michael Greene ("Plaintiff") did not file any opposition.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about November 5, 2009 in Book No. 20091105 as Instrument No. 0001488 in the real property

5052113_1

records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged; and

2. IT IS FURTHER ORDERED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens; and

3. IT IS FURTHER ORDERED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

ENTERED October 29, 2014

By_____
DISTRICT COURT JUDGE

Submitted by:

LEWIS ROCA ROTHGERBER LLP

By:_____
J. CHRISTOPHER JORGENSEN
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
*Attorneys for Defendants Countrywide Home Loans Inc., ReconTrust Company, N.A., ReconTrust Company, BAC Home Loans, Merscorp, Inc., and Mortgage Electronic Registration Systems, Inc.*

5052113_1

EXHIBIT A

Inst #: 200911050001488
Fees: $17.00
N/C Fee: $0.00
11/05/2009 11:24:42 AM
Receipt #: 118370
Requestor:
M GREENE
Recorded By: MJM   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 178-20-212-064

11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Notice of Lis Pendens Affecting Real Property

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested By:**
CDG

**Return Documents To:**
Name Michael Greene
Address 2019 Dressed Pant Ct.
City/State/Zip Henderson  NV  89012

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CCOR_Coversheet.pdf ~ 06/06/07

RECORDING REQUESTED BY: Plaintiffs: Michael Greene
AND WHEN RECORDED MAIL TO:

LISP
Michael Greene, (In pro se)
2049 Bluebell Point CT.
Henderson, NV 89012
Phone: 702-683-5531
Facsimile: 702-434-4036
e mail: cdeborahgreene@cox.net

**FILED**
NOV - 4 2009
CLERK OF COURT

SPACE ABOVE THIS LINE FOR RECORDER'S USE

DISTRICT COURT
CLARK COUNTY, NEVADA

Michael Greene, an individual
    Plaintiff(s)
vs.
Countrywide Home Loans, Inc., a New York corporation; Federal National Mortgage Association, a District of Columbia corporation, MERSCORP, INC., a Virginia Corporation, MORTGAGE ELECTRONIC SYSTEMS, INC. a subsidiary of MERSCORP, Inc., a Delaware corporation; RECONTRUST COMPANY, N.A.; RECONTRUST COMPANY, a Nevada corporation; BAC HOME LOANS Bankruptcy Risk Litigation Management Division; and all other persons and entities unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto.
    Defendant(s).

CASE NO.: A-09-602957-e

DEPARTMENT: XXII

**NOTICE OF LIS PENDENS AFFECTING REAL PROPERTY**
NOTICE: THIS LIS PENDENS IS EFFECTIVE UPON SERVICE OF THE PARTY REQUESTING SAME WHEN ISSUED AND AGAINST THE OTHER PARTY WHEN SERVED, AND SHALL REMAIN IN EFFECT FROM THE TIME OF ITS ISSUANCE UNITL TRIAL OR UNTIL DISSOLVED OR MODIFIED BY THE COURT. DISOBEDIENCE OF THIS LIS PENDENS IS PUNISHABLE BY CONTEMPT.

Page 1.

TO: ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN pursuant to NRS Chapter 14, NRS 125.220, and NRS Chapter 608, that there is currently pending in the Judicial District Court.

The action which affects the Title to a specific parcel of real property and the right to lawful possession of the same, the property location is:

        2049 Bluebell Point Ct.    Henderson, NV 89012

And whose legal description is a follows:

        **APN# 178-20-212-064**

GREEN VALLEY RANCH-PHASE 1, **Plat book 61, Page69, Lot 11, Block 3, and by Certificate of record on 5/25/2005 in Book 20050525 as Inst. No. 04153 all in the office of the County Recorder for Clark County, NEVADA.**

and which is identified in the complaint of this action. The property affected by the action is located in the County of Clark, Nevada. The natures of the claims are:

1. Violations of Unfair Lending Practices- NRS 598.100(D)
2. Violations of the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. §2601 et. Seq
3. Violations of Fair Credit Reporting Act
4. Conspiracy To Commit Fraud and Conversion
5. Conspiracy To Commit Fraud Related to MERS System
6. Unjust Enrichment
7. Emotional Distress
8. QuietTitle
9. Fraud In The Inducement
10. Injunctive Relief & Declaratory Relief

**NOTICE IS FURTHER GIVEN that YOU ARE HEREBY PROHIBITED AND RESTRAINED FROM; transferring, encumbering, selling or otherwise disposing of any portion of said real property without the written permission of the court.**

DATED this _____ day of _____, 2009.

Plaintiff Signature(s):

Michael Greene, (In pro se)
2049 Bluebell Point CT.
Henderson, NV 89012
Phone: 702-683-5531
Facsimile: 702-434-4036
e mail: cdeborahgreene@cox.net

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

_____
CLERK OF THE COURT

Page 2.

## ACKNOWLEDGEMENT

Subscribed and sworn to before me this 3rd day of November 2009.

Signed: Kathleen Digiacomo           Seal: 

NOTARY PUBLIC in and for the County of Clark, State of Nevada.

Page 3.